## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,                        Case No. 23-cr-84 (WMW/TNL)

        Plaintiff,

v.                                               **ORDER**

Pedro Alberto Carrera-Castillo,

        Defendant.

This matter comes before the Court on the Defendant Pedro Alberto Carrera-Castillo's Motion to Extend Time to File Motions, ECF No. 21. Defendant has also filed a Statement of Facts in Support of Motion to Exclude Time Under the Speedy Trial Act, ECF No. 22. Defendant states that he needs additional time to review discovery and discuss his options with counsel. ECF No. 21 at 1; ECF No. 22 at 1. Defendant requests that the deadline for filing pretrial motions be extended by 30 days. ECF No. 21 at 1. The Government has no objection to the requested continuance. ECF No. 21 at 1.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide the parties reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.    Defendant's Motion to Extend Time to File Motions, ECF No. 21, is

1

**GRANTED**.

2.      The period of time from **the date of this Order through May 15, 2023**, shall be excluded from Speedy Trial Act computations in this case.

3.      All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **May 15, 2023.**  D. Minn. LR 12.1(c)(1).  Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

4.      Counsel shall electronically file a letter on or before **May 15, 2023**, if no motions will be filed and there is no need for a hearing.

5.      All responses to motions shall be filed by **May 30, 2023**. D. Minn. LR 12.1(c)(2).

6.      Any Notice of Intent to Call Witnesses shall be filed by **May 30, 2023**. D. Minn. LR 12.1(c)(3)(A).

7.      Any Responsive Notice of Intent to Call Witnesses shall be filed by **June 2, 2023**. D. Minn. LR 12.1(c)(3)(B).

8.      A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

   a.      The Government makes timely disclosures and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

   b.      Oral argument is requested by either party in its motion, objection or response pleadings.

9.      If required and subject to further order of the Court, the motions hearing shall

be heard before Magistrate Judge Tony N. Leung on **June 9, 2023, at 1:30 p.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.  D. Minn. LR 12.1(d).

    10.    **TRIAL:**

    a.    **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT, the following trial and trial-related dates are:**

All motions in limine and proposed voir dire and jury instructions are due in District Judge Wilhelmina Wright's chambers at least 21 days before trial begins.  Counsel are advised that a pretrial notice will issue that will include additional deadlines.

Judge Wright will hold a pretrial on **June 15, 2023, at 9:00 a.m.** in Courtroom 7A, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

This case must commence trial on **June 21, 2023, at 9:00 a.m.** before District Judge Wright in Courtroom 7A, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

[Continued on next page.]

   b.     **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions.  Counsel must contact the Courtroom Deputy for District Judge Wright to confirm the new trial date.**

Dated: May_____2_____, 2023                    _____*s/ Tony N. Leung*_____
                                               Tony N. Leung
                                               United States Magistrate Judge
                                               District of Minnesota


                                               *United States v. Carrera-Castillo*
                                               Case No. 23-cr-84 (WMW/TNL)